

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00028-CR

Michael Lloyd **INGRAHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 377978
Honorable Michael La Hood, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 19, 2014.



Patricia O. Alvarez, Justice